UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL TODD,

    Plaintiff,

v.                                             Case No: 8:17-cv-1192-T-27TBM

LIBERTY LIFE ASSURANCE
COMPANY OF BOSTON,

    Defendant.
_____/

## ORDER

**BEFORE THE COURT** is Defendant Liberty Life Assurance Company of Boston's Unopposed Motion to Set Aside Clerk's Default Dated June 16, 2017 (Dkt. 10). Upon consideration, good cause exists to set aside the default and the Motion is **GRANTED**.[1] The Clerk's default (Dkt. 8) is **SET ASIDE**. Defendant's Answer and Affirmative Defenses (Dkt. 9) is accepted.

**DONE AND ORDERED** this 23rd day of June, 2017.

                                                                  JAMES D. WHITTEMORE
                                                                  United States District Judge

Copies to: Counsel of Record

---

[1] The Clerk's entry of default may be set aside for "good cause," Fed. R. Civ. P. 55(c), a less rigorous standard than that for setting aside a default judgment. *EEOC v. Mike Smith Pontiac GMC, Inc.*, 896 F.2d 524, 528 (11th Cir. 1990) (citation omitted). Defendant's failure to timely answer was due to miscalculating the response date, which Defendant acted promptly to correct, such that Plaintiff will not suffer any prejudice.